# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:02cr02

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ROBERT UNGER. ) | |

**THIS MATTER** is before the Court to exonerate the Promissory Note and Deed of Trust posted as bond for the Defendant herein.

The Defendant was arrested on January 11, 2001, on a sealed criminal complaint. On January 12, 2001, the Defendant was released on a bond in the amount of $250,000, which the Defendant secured by a Promissory Note and a North Carolina Deed of Trust. [Order Setting Conditions of Release, Doc. 5]. The Promissory Note and Deed of Trust have been held by the Clerk pending final disposition of this case.

On January 11, 2002, the Defendant entered a plea of guilty to a bill of information pursuant to a plea agreement with the Government. On January 28, 2003, the Defendant received a sentence of sixty-three (63)

months' imprisonment and three years' supervised release. The Defendant was released from custody on April 14, 2006.

There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond referenced herein is hereby **EXONERATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to write across the face of the Promissory Note and Deed of Trust that the bond has been exonerated and that the Promissory Note and Deed of Trust have been paid and satisfied, and thereafter return the same to the Defendant, in care of his attorney, Stephen P. Lindsay, at the following address:

> Stephen P. Lindsay, Esq.
> 90 Eagle Crest Way
> Fairview, North Carolina 28730

**IT IS SO ORDERED.**

Signed: April 1, 2010

Martin Reidinger
United States District Judge